FILED - GR

July 23, 2026 12:44 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JJM  SCANNED BY: AR / 7.23

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Ryan Peter Dally

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

**1:26-cv-2141**
**Jane Beckering- US District Judge**
**Phillip Green - Magistrate Judge**

v.

Dusty Feltner   Branch County Probation
Judge Brent Weigle   (P38888)  Zachary Stempien
Lauren A Burch   (P87776)  Kyle Randolph (P87704)
Nora Geiger   (P82460) Amanda O'Boyle (P81925)
Matthew Glaser (P40490)

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A.   Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?    Yes ☐   No ☑

B.   If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1.   Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   _____

   2.   Is the action still pending?       Yes ☐   No ☐

      a.   If your answer was no, state precisely how the action was resolved: _____

   _____

   3.   Did you appeal the decision?     Yes ☐   No ☐

   4.   Is the appeal still pending?      Yes ☐   No ☐

      a.   If not pending, what was the decision on appeal? _____

   _____

   5.   Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐   No ☐

      a.   If so, explain: _____

   _____

- 2 -                    (W.D. Mich. Form – Last Revised: September 2021)

II Parties

A. Plaintiff

Enter your name, place of confinement, address, and place of confinement during the events described in the Complaint in the blanks below. Provide the same information or any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff: Ryan Peter Dally

Place of Present Confinement: Branch County Jail

Address: 379 Keith Wilhelm Drive, Coldwater, Michigan 49036

Place of Confinement During Events Described in Complaint: Branch County Jail and Twin Counties Correctional and Probation Center

B. Defendant (s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than Six Defendants attach extra sheets as necessary.

Name of Defendant #1 = Dusty Fettner

Position or Title: Probation Officer

Place of Employment: Branch County Courthouse

Address: 31 Division St., Coldwater, MI 49036

Official and/or Capacity: Unknown

Name of Defendant #2: Judge Brent Weigle (p38888)

Position or Title: 15th Circuit Court Judge

Place of Employment: Branch County Courthouse

Address: 31 Division St., Coldwater, MI 49036

Official and/or Capacity: Unknown

Name of Defendant # 3: Lauren A. Burch (P87726)

Position or Title: Prosecutor

Place of Employment: Branch County Courthouse

Address: 31 Division St., Coldwater, MI 49036

Official and/or Capacity: unknown


Name of Defendant #4: Nora Geiger (P82460)

Position or Title: Prosecutor

Place of Employment: Branch County Courthouse

Address: 31 Division St., Coldwater, MI 49036

Official and/or Capacity: unknown


Name of Defendant # 5: Matthew L Glaser (P40490)

Position or Title: Attorney - Court Appointed

Place of Employment: Public Defenders Office, ~~300 Orleans Blvd, Coldwater MI 49036~~

Address: 300 Orleans Blvd., Coldwater, MI 49036

Official and/or Capacity: Unknown


Name of Defendant #6: Zachary Stempien

Position or Title: Prosecutor  and Now 15th Circuit Court Judge

Place of Employment: Branch County Courthouse

Address: 31 Division St., Coldwater, MI 49036

Official and/or Capacity: Unknown

Name of Defendant #7: Kyle Randolph (P87704)

Position or Title: Prosecutor

Place of Employment: Branch County Courthouse

Address: 31 Division St., Coldwater, MI 49036

Official and/or Capacity: Unknown


Name of Defendant #8: Amanda O'Boyle (P81925)

Position or Title: City Attorney

Place of Employment: City Offices

Address: 1 Grand St., Coldwater, MI 49036

Official and/or Capacity: Unknown

III. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

During or after my original Sentencing for Case No. 2025-12-4408-FH Branch County offered to Drop 3 charges as long as I pleaed to a 3rd Offense DUI Felony, with 9 months Sentence, but after 6 months I could be released to rehab. Once at said rehab I was given an assessment by Pivotal Health, 677 E. Main St, Centerville, MI 49032, (269) 467-1000 and was told I didn't need any Further treatment. Once I Challenged this I received 3 then 4 probation violations, Count 1 failure to Complete Twin Counties Correctional and Probation Center, Count 2 Refusing to drug test as ordered, Count 3 threatening or Intimidating an Staff employee, Count 4 Alleged Assault of Kivan Meyer. Counts 1, 2, & 4 are False or Untrue and Count 3 is a 15 day misdemeanor to which I have time served. I had to have a Competent evaluation and then a Hearing to which I was deemed Competent and am awaiting PV Hearing on or about July 21st, 2026. Probation Officer then offered me 1 year and revoked probation, I denied it and am awaiting Court to which my witnesses will prove said charges are false/untrue and are reaches by Probation and Branch County to teach me a lesson.

(W.D. Mich. Form – Last Revised: September 2021)

IV. **Relief**

State briefly and precisely what you want the court to do for you.

I would Like restitution for false imprisonment, False Probation Violations, PTSD, Denial of Relief, Denial of Therapy, Denial of Medical Treatment, Giving misled information about Attorneys from a Judge to my Grieving father, Mental Abuse, Denial of Veteran Services, fair Housing, Fair Classifications, Denial of a Bond at a value or Amount reasonable for Said charges, Loss of Pay, Loss of Bonds, Etc.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

07/16/2026
**Date**

**Signature of Plaintiff**

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(W.D. Mich. Form – Last Revised: September 2021)

Branch County Jail
Inmate: Ryan Peter Dally
379 Keith Wilhelm Dr.
Coldwater, MI 49036

GRAND RAPIDS MI 493

21 JUL 2026 PM 3

MAIL ORIGINATES FROM
BRANCH COUNTY JAIL

FOREVER / USA

U.S. District Court
399 Federal Building
110 Michigan St., NW
Grand Rapids, MI 49503

49503-236399