UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN PETER DALLY,

Plaintiff,

v.

DUSTY FELTNER, et al.,

Defendant.

______________________________/

Case No. 1:26-cv-2141

HON. JANE M. BECKERING

**ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 8) on September 21, 2026, recommending that the Court dismiss Plaintiff's complaint for failure to state a claim upon which relief may be granted. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 8) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: October 20, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge

[1] Plaintiff is the only party that has appeared in the case at this time.